**Electronically Filed
Supreme Court
SCPW-16-0000477
01-AUG-2016
10:32 AM**

SCPW-16-0000477

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FELIX DACANAY AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF ROGER ROXAS and THE GOLDEN BUDHA CORPORATION,
a foreign corporation, Petitioners,

vs.

THE HONORABLE KARL K. SAKAMOTO, JUDGE OF THE CIRCUIT COURT
OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

IMELDA MARCOS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
FERDINAND C. MARCOS and IMELDA MARCOS, INDIVIDUALLY, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 08-0522-02)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Felix Dacanay, as personal representative of the Estate of Roger Roxas, and The Golden Budha Corporation's petition for writ of mandamus, filed on June 17, 2016, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioners fail to demonstrate that they are entitled to the specific relief they seek at this time. Petitioners, therefore, are not entitled to

the requested writ of mandamus.  <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 1, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

